WORMSER, Respondent, v. HERRMANN, et al., Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Maurice Wormser against Frederick W. Herrmann and others. W. F. Severance, for

appellant. E. Blumenstiel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.